**QUALCOMM INCORPORATED,**
**Plaintiff–Appellee,**

v.

**BROADCOM CORPORATION,**
**Defendant–Appellant.**

No. 2007–1569.

United States Court of Appeals,
Federal Circuit.

April 2, 2008.

ON MOTION

TIMOTHY B. DYK, Circuit Judge.

### ORDER

Broadcom Corporation moves without opposition to voluntarily dismiss its appeal, no. 2007–1569. Qualcomm Corporation moves without opposition to consolidate nos. 2007–1545 and 2008–1162. Qualcomm also moves for a 30–day extension of time, until April 12, 2008, to file its reply brief. Qualcomm states that Broadcom consents to a 14–day extension but opposes a 30–day extension. Louis W. Tompros moves without opposition to withdraw as counsel for Broadcom.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Broadcom's motion to dismiss is granted.

(2) Each side shall bear its own costs in 2007–1569.

(3) Qualcomm's motion to consolidate is granted. The revised official caption is reflected above.

(4) Qualcomm's motion for a 30–day extension is granted.

(5) Tompros's motion is granted.